COMMERCIAL AUTO
CA 99 03 07 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident".  We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".
2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".
3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto".  The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.
2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.
3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".
4. "Bodily injury" to your "employee" arising out of and in the course of employment by you.  However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.
5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.
6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.
7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.
8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.
2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.
2. "Occupying" means in, upon, getting in, on, out or off.

COMMERCIAL AUTO
CA 99 44 12 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

B. The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C. We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

D. If we make any payments to the loss payee, we will obtain his or her rights against any other party.

CA 99 44 12 93                Copyright, Insurance Services Office, Inc., 1993                Page 1 of 1

**PRIVACY NOTICE**
This Notice is provided on behalf of the following companies
of Clarendon Insurance:
Clarendon National Insurance Company
Clarendon America Insurance Company
Clarendon Select Insurance Company
Harbor Specialty Insurance Company
Lion Insurance Company
Redland Insurance Company
North American Risk Services, Inc.

This Privacy Notice describes our practices for safeguarding personal information ("Privacy Policy") about policyholders insured by Clarendon Insurance.

If you are a plan sponsor or group policyholder, this Privacy Notice describes our practices for safeguarding personal information about employee benefit plan participants, beneficiaries and claimants. It does not apply to you as the plan sponsor or group policyholder.

We at Clarendon Insurance are concerned about the privacy of our potential, existing and former customers ("you") During the normal course of business, it is necessary to collect and in some cases, disclose certain information about you and your employees. We are sending you this notice to help you understand how we may collect information about you, the type of information we may collect, and what information we may disclose about you to our Clarendon affiliates and to non-affiliated third parties. We apply the same rules to former customers that apply to current customers. We may amend our Privacy Policy from time to time. We will send our current customers our Privacy Notice annually and whenever it changes. If you no longer have a customer relationship with Clarendon Insurance, we will continue to follow our Privacy Policy and practices, but you will not receive future notices from us.

**Our Privacy Policy**

We must collect customer information to sell and service our products, but our most important asset is our customers' trust. Keeping customer information secure and confidential is a top priority for all of us at Clarendon Insurance. This is our Privacy Policy:

- We will maintain security measures that comply with federal and state regulations to safeguard any information you share with us.

- We will limit the collection and use of your information to the minimum we require to administer our business and to deliver superior service to you (which includes advising you about our products and services.)

- We will permit only authorized employees, who are trained in the proper handling of customer information, to have access to that information. Employees who violate our Privacy Policy will be subject to our normal disciplinary process.

- We will not reveal your information to any non-affiliate unless we have previously informed you in disclosures or agreements, have been authorized by you, except as permitted or required by law.

- We will always maintain control over the confidentiality of your information.

- Whenever we hire other organizations to provide support services, we will require them to conform to our Privacy Policy and to allow us to audit them for compliance.

- For purposes of credit reporting, verification and risk management, we will exchange information about you with reputable reference sources and clearinghouse services.

- We will not use or share - internally or externally - your personal medical information for any purpose other than the underwriting or administration of your policy or claim, or as disclosed to you when the information is collected, or to which you consent or your employees'. We may disclose health information to determine eligibility for coverage, to process claims, to prevent fraud and as authorized by you or your employees, or as otherwise permitted or required by law.

- We will attempt to keep customer files complete, up-to-date and accurate. We will tell you how and where to access your account information (except when we are prohibited by law) and how to notify us about errors (which we will promptly correct).

**Personal Information We may Collect and Share**

The personal information we collect about you comes from the following sources:

- Information we receive as part of the application process, such as names, addresses, telephone numbers, social security numbers, e-mail addresses, income and assets.

- Information we obtain from third parties that may include motor vehicle reports, claims reports, credit reports, property inspection reports, medical reports and other health information. We may exchange information with reputable consumer reporting agencies in connection with your application for insurance and/or renewal of such insurance. Once you are a customer, your file may also contain information connected with any claims you have had, such as a damage or loss report or a condition report of an insured property.

June 26, 2001                                                                                                                                   1

- Information based upon our transactions and experiences with you, such as your premium payment and claims history.
- Information we receive about you from other sources.

**We may share all of the information that we collect as described below.**

### Clarendon Insurance

Within Clarendon Insurance, our companies use information about you to service or maintain your policy or contract, to process a transaction that you request, or for other purposes as permitted by law.

### Affiliates

The affiliates of Clarendon Insurance are Clarendon National Insurance Company, Clarendon America Insurance Company, Clarendon Select Insurance Company, Harbor Specialty Insurance Company, Lion Insurance Company, Redland Insurance Company and our affiliated insurance companies, North American Risk Services, Inc., and subsidiaries managed by Clarendon Insurance ("Affiliates"). **By law we may share with our Affiliates-information based upon our transactions and experiences with you, such as your premium payment and claims history.**

### Non-Affiliated Third Parties Who May Have Access to the Information We Collect

We may disclose information about you to:

- third parties with your consent or at your direction.
- without your prior permission to non-affiliated third parties (i.e., persons or companies that are not Affiliates), as permitted by law, for example to:
  - Service or maintain your policy or process a transaction that you request;
  - Hospitals, doctors, laboratories and other companies that provide information about your employees' past or present health condition;
  - Perform services or marketing on our behalf;
  - Protect the confidentiality or security of our records pertaining to you, our product or service;
  - Assist us in responding to your inquiries or complaints;
  - Comply with legal requirements.

The non-affiliated third parties mentioned above may include, but are not limited to, the following:

- Your insurance agent, broker, or agency;
- A government agency or self-regulatory organization pursuant to an examination of our records and/or practices;
- Your attorney, trustee, or anyone else who represents you in a fiduciary capacity or has a legal interest in your policy;
- Persons to whom a court requires us, by order or subpoena, to provide information;
- Third parties who perform services or marketing on our behalf, including any third party administrators;
- Claim adjusters or investigators;
- Persons or organizations that conduct actuarial or research studies, provided that no individual may be identified in any actuarial or research study report;
- An insurance support organization or another insurer to prevent or prosecute fraud or to properly underwrite a risk or to detect criminal activity;
- Insurance rate advisory organizations;
- Consumer reporting agencies;
- Our attorneys, accountants or auditors.

### How We Protect Privacy Online

Our concern for your privacy naturally extends to those who use our web site, **www.clarendon-ins.com**.

- Our web site uses some of the most secure forms of online communication available to provide a high level of security and privacy when you initiate online transactions or send secure messages.
- www.clarendon-ins.com offers customized features that require our use of "HTTP cookies" - small pieces of information that we ask your browser to store. However, we **do not** use cookies to pull data from your hard drive, to learn your e-mail address, or to view data in cookies created by other web sites. We will not share the information in our cookies or give others access to it - except to help us better serve your insurance needs.

a. *Please note that your agent, broker, consultant, or advisor may have a different privacy policy.*

June 26, 2001

2

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

### A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. Inspections And Surveys

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

### E. Premiums

The first Named Insured shown in the Declarations:
1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

### F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

```
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY
```

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

IL 00 21 07 02              © ISO Properties, Inc.,  2001                          Page 1 of 2

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 02 44 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OHIO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. With respect to a policy which has been in effect for more than 90 days, or is a renewal of a policy we issued, the **Cancellation** Common Policy Condition is replaced by the following:

   1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   2. We may cancel this policy only for one or more of the following reasons, except as provided in Paragraph **6.** below.

      a. Nonpayment of premium;

      b. Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

      c. Discovery of a moral hazard or willful or reckless acts or omissions on your part which increases any hazard insured against;

      d. The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer could reasonably have foreseen the change or contemplated the risk in writing the contract;

      e. Loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

      f. Failure of an insured to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

      g. A determination by the Superintendent of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

   3. We will mail written notice of cancellation to the first Named Insured, and agent if any, at the last mailing addresses known to us. Proof of mailing will be sufficient proof of notice.

   4. We will mail the notice of cancellation at least:

      a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

      b. 30 days before the effective date of cancellation, if we cancel for a reason stated in **2.b.** through **2.g.** above.

IL 02 44 07 02 © ISO Properties, Inc., 2002 Page 1 of 2

5. The notice of cancellation will:
   a. State the effective date of cancellation. The policy period will end on that date.
   b. Contain the date of the notice and the policy number, and will state the reason for cancellation.
6. Policies written for a term of more than one year or on a continuous basis may be cancelled by us for any reason at an anniversary date, upon 30 days' written notice of cancellation.
7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

B. The following is added to the **Common Policy Conditions** and supersedes any provisions to the contrary:

   **NONRENEWAL**
   1. If we elect not to renew this policy, we will mail written notice of nonrenewal to the first Named Insured, and agent if any, at the last mailing addresses known to us. The notice will contain the date of the notice and the policy number, and will state the expiration date of the policy.
   2. We will mail the notice of nonrenewal at least 30 days before the expiration date of the policy.
   3. Proof of mailing will be sufficient proof of notice.

C. **Common Policy Conditions**
   1. Paragraph **A.2.a.** of the Businessowners Common Policy Conditions is deleted.
   2. Paragraph **E.2.** of the **Cancellation** Common Policy Condition in the Standard Property Policy is deleted. Paragraph **E.2.** is replaced by the following (unless Item **A.** of this endorsement applies):

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or
   b. 30 days before the effective date, if we cancel for any other reason.