THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AMENDMENT AUTO MEDICAL PAYMENTS COVERAGE

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    TRUCKERS COVERAGE FORM

LIMIT OF INSURANCE FOR MEDICAL PAYMENTS COVERAGE IS AMENDED AS FOLLOWS:

REGARDLESS OF THE NUMBER OF COVERED "AUTOS," INSUREDS," PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT," THE MOST WE WILL PAY FOR "BODILY INJURY" FOR EACH "INSURED" INJURED IN ANY ONE "ACCIDENT" IS THE LIMIT OF INSURANCE FOR AUTO MEDICAL PAYMENTS COVERAGE SHOWN IN THE DECLARATIONS.

AN AGGREGATE LIMIT OF INSURANCE OF $10,000. APPLIES SEPARATELY TO EACH CONSECUTIVE ANNUAL PERIOD AND TO ANY REMAINING PERIOD OF LESS THAN 12 MONTHS, STARTING WITH THE BEGINNING OF THE POLICY PERIOD SHOWN IN THE DECLARATIONS, UNLESS THE POLICY PERIOD IS EXTENDED AFTER ISSUANCE FOR AN ADDITIONAL PERIOD OF LESS THAN 12 MONTHS

**MEDAGG(10-93)**

COMMERCIAL AUTO
PA 02 09 09 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OHIO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

If you are an individual and this policy covers fewer than five "autos" and only covers private passenger type "autos" that are not used as public or private livery or rental conveyances, and this policy does not insure the motor vehicle hazard of garages, motor vehicle sales agencies, repair shops, service stations or public parking places, and is not issued under an assigned risk plan, then the Cancellation Common Policy Condition does not apply. The following condition applies instead:

**ENDING THIS POLICY**

**A. Cancellation**

1. You may cancel the policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

2. When this policy is in effect less than 90 days and is not a renewal or continuation policy, we may cancel for any reason by mailing written notice of cancellation. If we cancel for nonpayment of premium, we will mail you at least 10 days notice. If we cancel for any other reason, we will mail you at least 30 days notice.

3. When this policy is in effect 90 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

    a. Nonpayment of premium.

    b. You or any family member who either lives with you or customarily uses a covered "auto" has had his or her driver's license suspended or revoked during the policy period.

    However, we may not cancel for this reason if the operator whose license is suspended or revoked is excluded from coverage under this policy.

    c. You move to a state where we are not licensed to do business.

    d. Fraud or material misrepresentation made by or with the knowledge of any "insured" in obtaining the policy, continuing the policy, or in presenting a claim under the policy.

    e. We replace this policy with another one providing similar coverages and the same limits for the covered "auto". The replacement policy will become effective when this policy is cancelled and will end on this policy's effective date.

4. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. If you cancel, the refund, if any, will be computed in accordance with our customary short rate procedure. If we cancel, the refund, if any, will be computed pro rata.

5. The effective date of cancellation stated in the notice shall become the end of the policy period.

6. If we cancel for any reason described in Paragraphs **A.3.a.** through **e.** above, we will mail written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.
7. The notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

## B. Nonrenewal

1. If we decide not to renew or continue this policy we will mail you written notice of nonrenewal, stating the reason(s) for nonrenewal, at least 30 days before the end of the policy period. If the policy period is other than two years or is a continuous policy, we will have the right not to renew or continue it only at each second anniversary of its original effective date. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

2. If we fail to mail proper notice of nonrenewal and you obtain other insurance this policy will end on the effective date of that insurance.

## C. Mailing Of Notices

Any notice of cancellation or nonrenewal will be mailed to your last known address. However, we may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

# CLARENDON NATIONAL INSURANCE COMPANY

<u>THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY</u>.

## AMENDMENT - PHYSICAL DAMAGE COVERAGE

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> TRUCKERS COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

REGARDLESS OF THE NUMBER OF COVERED "AUTOS", "INSUREDS", PREMIUIMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE "ACCIDENT" OR "LOSS", THE MOST WE WILL PAY UNDER PHYSICAL DAMAGE COVERAGE FOR ANY ONE "ACCIDENT" OR "LOSS" SHALL BE $1,000,000.

PHDM-A (1/00)

## YOUR ACKNOWLEDGEMENT

By signing below, I acknowledge that I have read the Offer of Uninsured and Underinsured Motorists Coverage Limit and Option Selection Form completely, that I understand the purpose and effect of Uninsured and Underinsured Motorists Coverage and that my selection of coverage has been made knowingly by me, and:

1. I intend that my selections will apply to me and to all other persons or organizations that may be eligible for coverage under this policy.
2. I understand that my selections apply to all subsequent renewals, replacements, substitutions, or amendments of my policy unless I request otherwise IN WRITING.
3. I have read and understand the purpose and content of this form and the consequences of my selection.
4. The premiums for Bodily Injury Uninsured and Underinsured Motorists Coverage options have been disclosed to me.
5. I am legally authorized to make this selection for all persons or organizations which are named insureds on this policy.

**Fraud Warning Applicable in the State of Ohio:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

POLICY NUMBER: _____

NAMED INSURED: _Ameritrips Inc_

AGENT: _James B Oswald Co, Inc._

PRINTED NAME OF INDIVIDUAL AUTHORIZED TO SIGN: _Jerry L. Nolin_     TITLE: (For Commercial Policies) _CFO_

AUTHORIZED SIGNATURE: _[signature]_     DATE SIGNED: _9-19-05_

UM/UIM-OH (10/02)

Policy or Certificate No:   DSHN00002250                                                              Endorsement Number:   1

**CLARENDON NATIONAL INSURANCE COMPANY**

Insured:   AMERITEMPS INC
Producer:   341086   JAMES B. OSWALD CO., INC., THE
The effective date of this endorsement is:   09/23/2005
Type of coverage:   Automobile

It is hereby agreed and understood that the following changes are made to the above policy.

| Endorsement Description | Cvg. | Annual | New Annual | Difference | Pro-rated |
|---|---|---|---|---|---|
| AMENDING UNIT #12 2003 CHRYSLER VOYAGER 1C4GJ25B03B333874 GARAGING CITY TO READ: AKRON IN LIEU OF CLEVELAND | | | | | |
| | CSL | 2195.00 | 2195.00 | | |
| | MED | 198.00 | 198.00 | | |
| | UMI | 57.00 | 57.00 | | |
| | COM | 189.00 | 189.00 | | |
| | COL | 351.00 | 351.00 | | |
| AMENDING VEHICLE IDENTIFICATION NUMBER ON UNIT #23 2005 DODGE CARAVAN TO READ: 1D4GP34R65B290032 | | | | | |
| | CSL | 2129.00 | 2129.00 | | |
| | MED | 209.00 | 209.00 | | |
| | UMI | 33.00 | 33.00 | | |
| | COM | 168.00 | 168.00 | | |
| | COL | 312.00 | 312.00 | | |

Total Pro-rated :   0.00

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, or limitations of the policy to which this endorsement is attached other than as above stated.

Dated at: CINCINNATI, OH   This 26th Day of January, 2006

By _____
   Authorized Representative

EDF

| Policy or Certificate No: | DSHN00002250 | | Endorsement Number: | 2 |

## CLARENDON NATIONAL INSURANCE COMPANY

Insured: AMERITEMPS INC
Producer: 341086  JAMES B. OSWALD CO., INC., THE
The effective date of this endorsement is: 01/16/2006
Type of coverage: Automobile

It is hereby agreed and understood that the following changes are made to the above policy.

| Endorsement Description | Cvg. | Annual | New Annual | Difference | Pro-rated |
|---|---|---|---|---|---|
| ADDING ENDORSEMENT EESP100(2-02) PER ATTACHED FOR JOHN DALE REEG, JOSEPH RUGGIERO, JENNIFER BROWN, PAT OLIVAS AND JOHN ADAMS | | | | | |

Total Pro-rated :  0.00

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, or limitations of the policy to which this endorsement is attached other than as above stated.

Dated at: CINCINNATI, OH  This 2nd Day of March, 2006

By _James D. Caruso_
Authorized Representative

MEB2

# CLARENDON NATIONAL INSURANCE COMPANY

INSURED: Ameritrans

POLICY NUMBER: [illegible]02250

EFFECTIVE DATE: 1/16/06

## ENDORSEMENT EXCLUDING SPECIFIED OPERATORS

IN CONSIDERATION OF THE PREMIUM CHARGED FOR THE POLICY TO WHICH THIS ENDORSEMENT APPLIES, IT IS AGREED THAT THE INSURANCE AFFORDED BY THIS POLICY SHALL NOT APPLY WITH RESPECTS TO ANY DAMAGES ARISING FROM AN OCCURRENCE WHILE ANY AUTOMOBILE DESCRIBED IN THIS POLICY OR ANY OTHER AUTOMOBILE TO WHICH THE TERMS OF THIS POLICY ARE EXTENDED IS BEING DRIVEN OR OPERATED, EITHER WITH OR WITHOUT THE PERMISSION OF THE NAMED INSURED, BY:

NAME: John Dale Roeg
NAME: Joseph Ruggiero
NAME: Jennifer Brown
NAME: Pat Oliver
NAME: John Adams

THE NAMED INSURED FURTHER AGREES THAT THE COMPANY SHALL NOT BE LIABLE AND NO LIABILITY OR OBLIGATION OF ANY KIND SHALL ATTACH TO THE COMPANY FOR ANY NEGLIGENCE WHICH MAY BE IMPUTED BY LAW TO THE NAMED INSURED ARISING OUT OF THE MAINTENANCE, OPERATION OR USE OF A MOTOR VEHICLE BY THE PERSON NAMED ABOVE. NOTHING CONTAINED IN THIS ENDORSEMENT SHALL VARY, WAIVE, ALTER OR EXTEND ANY OTHER TERM OR CONDITION OF THE POLICY. THIS ENDORSEMENT SHALL SUPERSEDE ANY POLICY PROVISIONS TO THE CONTRARY AND SHALL TAKE EFFECT SIMULTANEOUSLY WITH SUCH POLICY.

THE NAMED INSURED ACCEPTS THIS ENDORSEMENT AND CONFIRMS THE ACCEPTANCE AS WITNESS HIS SIGNATURE.

_[signature]_                                   1-31-06
SIGNATURE OF INSURED/APPLICANT                  DATE

_[signature]_                                   DALE KALROY
COUNTERSIGNED BY                                AGENT

EESP100 (02/02)                             for use by Deep South of Ohio

Policy or Certificate No:  DSHN00002250                                  Endorsement Number:    3

## CLARENDON NATIONAL INSURANCE COMPANY

Insured:    AMERITEMPS INC  
Producer:   341086   JAMES B. OSWALD CO., INC., THE  
The effective date of this endorsement is:  02/15/2006  
Type of coverage:   Automobile

It is hereby agreed and understood that the following changes are made to the above policy.

| Endorsement Description | Cvg. | Annual | New Annual | Difference | Pro-rated |
|---|---|---|---|---|---|
| ADDING UNIT #24 2004 FORD E350 VAN 1FBSS31S84HA24479 CLASS CODE 04122, COST NEW $21,797 FOR LIABILITY, UNINSURED MOTORIST, MEDICAL PAYMENTS AND $1,000 DEDUCTIBLE COMPREHENSIVE AND COLLISION COVERAGE | | | | | |
| | CSL | | 2207.00 | 2207.00 | 1331.00 |
| | MED | | 199.00 | 199.00 | 120.00 |
| | UMI | | 23.00 | 23.00 | 14.00 |
| | COM | | 229.00 | 229.00 | 138.00 |
| | COL | | 425.00 | 425.00 | 256.00 |

Total Pro-rated :    1859.00

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, or limitations of the policy to which this endorsement is attached other than as above stated.

Dated at: CINCINNATI, OH   This 2nd Day of March, 2006

By_____  
Authorized Representative

MEB2