```
nThu Aug 10 15:17:30 2006

    UNITED STATES DISTRICT COURT

    DENVER         , CO

Receipt No.    100 270302
Cashier         sabrina

C.C. Number: SEE CC REC            06/08

DO Code    Div No
 4613        1

Sub Acct Type Tender     Amount
1:510000   N    4        190.00
2:086900   N    4         60.00
3:086400   N    4        100.00

Total Amount       $     350.00

CAGE WILLIAMS

06-CV-1581, FILING OF NEW COMPLAINT, SQ
```